AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** Connecticut

Susan Pellechio,
Plaintiff (s),
V.
BlueTriton Brands, Inc., et al.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 3:23-cv-01697-SVN

Notice is hereby given that, subject to approval by the court, One Rock Capital Partners, LLC (Party (s) Name) substitutes Brian S. Cousin (Name of New Attorney), State Bar No. CT20437 as counsel of record in place of Mary A. Gambardella (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Fox Rothschild LLP
Address: 101 Park Avenue, 17th Floor, New York, NY 10178
Telephone: (646) 601-7667 Facsimile (212) 692-0940
E-Mail (Optional): bcousin@foxrothschild.com

I consent to the above substitution.
Date: 3/21/2024
(Signature of Party (s))

I consent to being substituted.
Date: 3/21/2024
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/21/2024
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: ______________
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**